UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMERICAN OVERSIGHT,                               :

                                                   Plaintiff,                  :        ORDER

                  -v.-                                        :        20 Civ. 2088 (LAK) (GWG)

FEDERAL BUREAU OF INVESTIGATION,     :

                                     Defendant.               :
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court assumes that the next step in this case should be the filing of a summary judgment motion by either the plaintiff or defendant or both. See, e.g., Families for Freedom v. U.S. Cust. and Border Protec., 797 F. Supp. 2d 375, 385 (S.D.N.Y. 2011) ("FOIA cases are generally and most appropriately resolved on motions for summary judgment."); Bloomberg L.P. v. Bd. of Governors of Fed. Reserve System, 649 F. Supp. 2d 262, 271 (S.D.N.Y. 2009) ("Summary judgment is the preferred procedural vehicle for resolving FOIA disputes."). Accordingly, the parties are to confer as to the schedule for the filing of any summary judgment motion and shall make a joint or separate proposals for a schedule by letter (or letters) filed on or before July 13, 2020.

      If either side believes that a summary judgment motion is not the appropriate next step in this case, that party may so state in the letter to the Court and, after consulting with the other side to ascertain its position, may offer a proposal as to the appropriate next steps in this case.

      SO ORDERED.

Dated: July 6, 2020
       New York, New York

                                                                                                      _____
                                                                                                    GABRIEL W. GORENSTEIN
                                                                                                    United States Magistrate Judge